UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

DANIEL TEKLEMARIAM HAGOS,

                Petitioner,

    v.

SUZANNE PARTON,

                Respondent.

No. 2:23-CV-37-JLR-DWC

**ORDER ADOPTING REPORT AND RECOMMENDATION**

The Court, having reviewed the Report and Recommendation of Magistrate Judge David W. Christel, objections to the Report and Recommendation, if any, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation.

(2)     The Application to Proceed IFP (Dkt. 1) is denied and this case is dismissed without prejudice as duplicative.

(3)     The Court will **NOT** issue a Certificate of Appealability.

(4)     The Clerk is directed to send copies of this Order to Petitioner and to the Hon. David W. Christel.

**DATED** this 2nd day of March, 2023.

_____
James L. Robart
United States District Judge

ORDER ADOPTING REPORT AND RECOMMENDATION- 1